[No. 28207-7-I. Division One. November 16, 1992.]

KENNIS BLACKMAN, ET AL, *Appellants*, v. DONALD A. SENTER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-2-02939-0, Peter K. Steere, J., entered March 13, 1991. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Coleman and Pekelis, JJ.

[No. 14617-7-II. Division Two. November 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE CANCINO-GUTIERREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-1-00420-9, Don L. McCulloch, J., entered December 20, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, A.C.J., and Alexander, J.

[No. 11836-3-III. Division Three. November 19, 1992.]

*In the Matter of the Marriage of* DAVETTE A. AGMAN, *Respondent, and* RICHARD C. AGMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-3-00412-9, Larry M. Kristianson, J., entered August 30, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Munson, J., and Green, J. Pro Tem.